IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEXTER FORD,**

        **Plaintiff,**

vs.                                    Civil Action 2:10-803
                                           Judge Sargus
                                           Magistrate Judge King

**GENERAL MOTORS,**

        **Defendant.**

## ORDER

        On September 9, 2010, the United States Magistrate Judge recommended that the action be dismissed as frivolous. *Report and Recommendation*, Doc. No. 5. Although plaintiff was expressly advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so, there has nevertheless been no objection.

        The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED** as frivolous within the meaning of 28 U.S.C. §1915(e)(2)(B).

        The Clerk shall enter **FINAL JUDGMENT** in this case.

        Moreover, pursuant to 28 U.S.C. §1915(a)(3), the Court concludes that an appeal from the judgment entered in this case would be frivolous and not taken in good faith.

10-14-2010
Date

                                                   Edmund A. Sargus, Jr.
                                                   United States District Judge